

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-17-00311-CV

## IN RE CECILIA WILLIAMS PERKINS

---

## Original Proceeding

---

# ORDER

---

Real Party in Interest's Unopposed Motion to Extend Time to File Response to the

Petition for Writ of Mandamus is granted.  Real Party in Interest's response is due 14 days

from the date of this order.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed November 15, 2017

